Michael G. McNally, Esq. (MM-6714)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

RECEIVED
MAY 25 2010
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>BONURA & SONS III,<br><br>Respondents. | Hon.<br><br>Civil Action No. 10- 2085<br><br>**CIVIL ACTION**<br><br>**JUDGMENT** |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC (Michael G. McNally, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

IT IS on this 25 day of May 2010,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Bonura & Sons III, the sum of $158,094.39.

_____
Judge, United States District Court